**Order entered September 19, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00206-CV

**H. JONATHAN COOKE, ET AL., Appellants**

**V.**

**ROBERT C. KARLSENG, ET AL., Appellees**

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-06-02783-L**

## ORDER

Before the Court is appellants' September 18, 2018 second unopposed motion for extension of time to file their reply / cross-appellees' brief. We **GRANT** the motion and extend the time to **October 11, 2018**. We caution appellants that further requests for extension in this accelerated appeal will be disfavored.

        /s/    ADA BROWN
                  JUSTICE